916

No. 894, Misc. SMITH *v.* IDAHO ET AL. Sup. Ct. Idaho. Certiorari denied. Petitioner *pro se*. *Allan G. Shepard,* Attorney General of Idaho, and *M. Allyn Dingel, Jr.,* Assistant Attorney General, for respondents.

No. 902, Misc. MOHLER *v.* U. S. BOARD OF PAROLE ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondents.

No. 909, Misc. BROOKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 915, Misc. McGANN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 921, Misc. TOTH *v.* HEINZE, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 922, Misc. WILLIAMS *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 924, Misc. MACHADO *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 933, Misc. THOMAS *v.* WARD. C. A. 7th Cir. Certiorari denied.

No. 986, Misc. GAUTHIER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.